THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* BARBARA J. FELTON, Defendant-Appellant.

(No. 58030;

First District (2nd Division)—May 22, 1973.

PER CURIAM.

James J. Doherty, Public Defender, of Chicago, for appellant.

Bernard Carey, State's Attorney, of Chicago, for the People.

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* E. M. STEPHENSON, a/k/a EDWARD M. STEPHENSON, Defendant-Appellant.

(No. 57250;

First District (4th Division)—May 23, 1973.

*Rehearing denied June 13, 1973.*